UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LEATRICE L. LITTLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-285-RLW |
| CAPE GIRARDEAU POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 2nd day of February, 2017.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE